**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2038**

TRAVIS MCCREA,

          Plaintiff - Appellant,

   v.

MICHAEL SANTOMASSIMO,

          Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:24-cv-00761-JD)

Submitted:  February 20, 2025                          Decided:  February 24, 2025

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travis McCrea, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis McCrea appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny McCrea's motion to compel action and affirm the district court's order. *McCrea v. Santomassimo*, No. 4:24-cv-00761-JD (D.S.C., Sept. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
